**1032**

PREFORMED METAL PRODUCTS
COMPANY, Inc., Petitioner,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

INTERNATIONAL ASSOCIATION OF
HEAT AND FROST INSULATORS
AND ASBESTOS WORKERS, LOCAL
NO. 8, AFL–CIO, Respondent.

Nos. 19099, 19168.

United States Court of Appeals
Sixth Circuit.

July 3, 1969.

J. Mack Swigert, Cincinnati, Ohio, for
Preformed Metal; William K. Engeman,
Cincinnati, Ohio, on brief.

Robert I. Doggett, Cincinnati, Ohio,
for International Assn. of Heat, Etc.;
Smith, Latimer, Doggett & Swing, Cincinnati, Ohio, on brief.

William Carder, N.L.R.B., Washington,
D. C., for N.L.R.B.; Arnold Ordman,
Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Gary Green,
Atty., N.L.R.B., Washington, D. C., on
brief.

Before WEICK, Chief Judge, and
O'SULLIVAN and CELEBREZZE,
Circuit Judges.

ORDER

These causes are before the Court upon
a petition of Preformed Metal Products
Company to review and broaden the
supplemental decision and order [1] issued
by the National Labor Relations Board
on October 25, 1968, while the Board is
petitioning for enforcement.

In a prior proceeding, Preformed
Metal Products Company v. National
Labor Relations Board, 396 F.2d 443
(6th Cir. 1968), wherein petitioners
sought review and enforcement of the
decision and order [2] issued on March 22,
1967, this Court found that the record
contained substantial evidence to support
the Board's finding that the Union
induced the refusal to install Preformed's
pre-cut insulating jacketing. The Court
remanded the case to the Board so that
it might have an opportunity to review
its order regarding the question of
whether the particular activities involved
were "primary" in light of subsequent
United States Supreme Court decisions
in National Woodwork Manufacturers
Assn. v. National Labor Relations Board,
386 U.S. 612, 87 S.Ct. 1250, 18 L.Ed.2d
357 (1967) and Houston Insulation Contractors Assn. v. National Labor Relations Board, 386 U.S. 664, 87 S.Ct. 1278,
18 L.Ed.2d 389 (1967). The Board
reviewed its decision and reaffirmed its
earlier position.

Upon due consideration of the record
and briefs and arguments of counsel, we
find substantial evidence supporting the
findings of the Board, but do not find
evidence justifying a modification or

1. 173 N.L.R.B. No. 55 (October 25, 1968).

2. 163 N.L.R.B. No. 68 (March 22, 1968)

broadening of the order. Therefore, in Case No. 19,168 it is ordered that the petition for enforcement of the Board's supplemental order is granted and in Case No. 19,099 the petition to broaden that order is denied.